ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
Fidelity & Deposit Company of Maryland                   )   ASBCA No. 63278
                                                         )
Under Contract No. W912ER-11-D-0010-0006                 )

APPEARANCES FOR THE APPELLANT:         Robert C. Niesley, Esq.
                                       Rebecca S. Glos, Esq.
                                         Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                         Irvine, CA

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Michael E. Taccino, Esq.
                                       Rebecca L. Bockmann, Esq.
                                         Engineer Trial Attorneys
                                         U.S. Army Engineer District, Middle East
                                         Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 13, 2025

_____
ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63278, Appeal of Fidelity & Deposit Company of Maryland, rendered in conformance with the Board's Charter.

Dated:  August 13, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals